Benson Legal, APC
Joseph M. Pleasant, Esq. (CA Bar No. 179571)
8550 Balboa Boulevard Suite 290
Northridge, CA 91325
Tel. No.: 818-708-1250
jpleasant@bensonlegal.net
289470

Attorney for Plaintiff:
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No. 2:21-cv-00618-MCE-DB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, hereby request that the Court dismisses the above-entitled matter, without prejudice.

Respectfully Submitted,

Date: December 28, 2022

/s/
_____
Joseph M. Pleasant, Esq.,
Attorney for Plaintiff

Declaration                                                    Case No. 2:21-cv-00618-MCE-DB

ORDER

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

IT IS SO ORDERED

Dated:   February 1, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE